# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  ANDREW MARTIN PEARSON         §         Case No.: 11-00878
        RAQUEL CARMEN PEARSON         §
                                      §
                                      §
        Debtor(s)                     §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/11/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/23/2011.

6) Number of months from filing to the last payment: 2

7) Number of months case was pending: 3

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 57,625.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,223.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,223.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,869.62 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 153.38 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,023.00 |
| Attorney fees paid and disclosed by debtor | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 569.53 | 569.53 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 6,800.00 | 6,573.74 | 6,573.74 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,600.00 | 5,687.76 | 5,687.76 | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 11,075.00 | .00 | 11,075.00 | 105.00 | .00 |
| TOYOTA MOTOR CREDIT | UNSECURED | 1,570.00 | .00 | 1,310.68 | .00 | .00 |
| US BANK NA | SECURED | 10,075.00 | 14,009.47 | 10,075.00 | 95.00 | .00 |
| US BANK NA | UNSECURED | 4,194.00 | .00 | 3,934.47 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 9,500.00 | 9,525.74 | 9,525.74 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 5,500.00 | 5,434.82 | 5,434.82 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,200.00 | 1,077.36 | 1,077.36 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 1,800.00 | 1,787.93 | 1,787.93 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 5,700.00 | 5,904.45 | 5,904.45 | .00 | .00 |
| DUNDEE FOOT & ANKLE | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS NA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| HARRIS NA | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 9,800.00 | 9,980.28 | 9,980.28 | .00 | .00 |
| NORTH SHORE FERTILIT | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| NORTHWEST GASTROINTE | UNSECURED | 268.00 | NA | NA | .00 | .00 |
| NORTHWEST PULMONARY | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| RINEHART CENTER FOR | UNSECURED | 100.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==============================================================================
 Scheduled Creditors:

 Creditor                     Claim          Claim          Claim       Principal       Int.
   Name          Class       Scheduled      Asserted       Allowed        Paid          Paid

 SALLIE MAE/UNITED ST  UNSECURED    5,561.00       5,445.12       5,445.12          .00           .00
 SALLIE MAE/UNITED ST  UNSECURED    3,632.00       3,669.59       3,669.59          .00           .00
 TRANS UNION           OTHER             .00             NA             NA          .00           .00
 US BANK NA            UNSECURED   10,100.00      10,148.73      10,148.73          .00           .00
 JOHN YOUSUF           OTHER             .00             NA             NA          .00           .00
 LINDA & MARTY PEARSO  OTHER             .00             NA             NA          .00           .00
 LINDA PEARSON         OTHER             .00             NA             NA          .00           .00
==============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 21,150.00 | 200.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 21,150.00 | 200.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 71,050.20 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,023.00 |
| Disbursements to Creditors | $ | 200.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,223.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   04/26/2011          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**